# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO

| In Re:<br>WILSON, EUGENE<br><br><br>**Debtor(s)** | **Case No.** 06-40301<br>**Chapter** 07 Asset Case<br>**Judge** JIM D. PAPPAS<br><br>**Trustee** R. SAM HOPKINS |
|---|---|

## INTERIM REPORT OF TRUSTEE

1. Report number 123 for the period ending 09/15/08.

2. Date of section 341(a) meeting: 08/02/06       341A continued date: 08/23/06
   Date appointment accepted:    07/07/06

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | Total receipts | 0.00 | Checking | 0.00 |
   |---|---|---|---|
   | Total disbursements | 0.00 | Money Market | 0.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$0.00** |

   The amount of the Trustee's bond is: Blanket Bond $83,521,429.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                                **$250,000.00**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:  **(None)**

5. Projected total value to be realized (total of 3 + 4):                                          **$250,000.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Matters Pending, Date of Hearing or Sale, and Other Action:
   TRUSTEE RECENTLY RECEIVED A JUDGMENT AGAINST SECURE
   SOLUTIONS, LLC AND TODD A PATTISON.  TRUSTEE IS SEARCHING
   FOR ASSETS OF THOSE PARTIES TO COLLECT ON THE JUDGMENT.

7. Projected date of final report:  12/31/09

   Trustee's Signature:   /s/ R. SAM HOPKINS

   Date: 09/15/08
   R. SAM HOPKINS
   P.O. BOX 3014
   POCATELLO, ID 83206-3014
   (208) 478-7978